```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

02 Civ. 5571(RJH)(HBP)

**ORDER**

This Document Relates To:

ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Court has received Class Plaintiffs' letter dated June 23, 2008. In light of the Court's Order modifying the summary judgment briefing schedule, the status conference scheduled for June 27, 2008 is adjourned *sine die* and will be reset at a time that the Court is prepared to hear argument on pending motions. The parties need not submit a proposal regarding a final pre-trial order and related filings at this time.

SO ORDERED.

Dated: New York, New York
June 26, 2008

Richard J. Holwell
United States District Judge