UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/09

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

02 Civ. 5571 (RJH) (HBP)

**ORDER**

This Document Relates To:

ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Several parties have requested clarification with regard to three motions decided by the
Court in its March 13, 2009 and March 17, 2009 orders. The Court makes the following
qualifications with regard to those orders:

1.    With regard to Jean-Marie Messier's motion for partial summary judgment [633],
for the reasons stated on the record at the March 2, 2009 conference, that motion is DENIED,
except with respect to (a) plaintiffs' claims under Rule 10b-5(a) and 10b-5(c), and (b) those
claims founded on any statements made after Messier resigned. The Court has not, however,
granted summary judgment with respect to the 23 alleged misstatements not attributed
specifically to Messier in plaintiffs' interrogatory responses. Such a ruling would be inconsistent
with the Court's holding that, depending on the evidence at trial, both defendants Messier and
Hannezo could be primarily liable for statements made by Vivendi itself. To the extent the Court
indicated otherwise at the March 2 conference, it misspoke.

2.    With regard to Guillaume Hannezo's motion for partial summary judgment [637],
for the reasons stated on the record at the March 2, 2009 conference, that motion is DENIED,
except with respect to (a) plaintiffs' claims under Rule 10b-5(a) and 10b-5(c), (b) those claims
founded on any statements made after Hannezo ceased to be Chief Financial Officer of Vivendi,

(c) those claims alleging Hannezo's primary liability for oral statements made by defendant

Messier, and (d) Liberty Media's unjust enrichment claim.

    3.      With regard to Guillaume Hannezo's motion to dismiss the complaints brought by

various Individual Plaintiffs [584], the Court did not intend its Order dated March 17, 2009 to

extend to plaintiff Pioneer Investments Austria GmbH.

SO ORDERED.

Dated: New York, New York
      April 14, 2009

Richard J. Holwell
United States District Judge