UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | |
| This Document Relates To: | |
| 02 Civ. 5571 | 07 Civ. 7370 |
| 03 Civ. 5911 | 07 Civ. 7776 |
| 07 Civ. 5742 | 07 Civ. 7779 |
| 07 Civ. 7775 | 07 Civ. 7803 |
| 07 Civ. 7778 | 07 Civ. 8156 |
| 07 Civ. 7863 | 07 Civ. 8830 |
| 07 Civ. 8208 | 07 Civ. 10578 |
| 07 Civ. 9229 | 07 Civ. 10995 |
| 07 Civ. 9593 | 07 Civ. 11483 |
| 07 Civ. 10954 | 07 Civ. 11485 |
| 07 Civ. 11092 | 08 Civ. 0024 |
| 07 Civ. 11305 | 08 Civ. 0117 |
| 07 Civ. 11484 | 08 Civ. 01983 |
| 07 Civ. 11628 | 08 Civ. 1973 |
| 08 Civ. 0116 | 08 Civ. 01985 |
| 08 Civ. 0418 | 08 Civ. 1974 |
| 08 Civ. 0950 | 08 Civ. 1975 |
| 08 Civ. 1938 | |

Civil Action No.
02 Civ. 5571 (RJH) (HBP)

[PROPOSED]
SCHEDULING ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09

RICHARD J. HOLWELL, District Judge:

This matter having come before the Court during a status conference on April 15, 2009, and the Court having considered the positions of the parties, the pretrial schedule is as follows:

1. On May 15, 2009: Plaintiffs submit deposition designations to defendants.

2. On May 29, 2009:

    (a) Defendants submit deposition designations and counter-designations to plaintiffs.

   (b) Parties exchange lists of intended trial exhibits and preliminary witness lists.

 3. On June 2, 2009: Parties file <u>Daubert</u> and <u>in limine</u> motions.

 4. On June 12, 2009: Plaintiffs submit deposition counter-designations to defendants.

 5. On June 30, 2009:

   (a) Parties file oppositions to <u>Daubert</u> and <u>in limine</u> motions.

   (b) Parties submit deposition designations, counter-designations and lists of intended trial exhibits to the Court.

 6. On July 3, 2009:

   (a) Parties exchange proposed jury instructions, proposed <u>voir dire</u> and jury questionnaire.

   (b) Parties exchange the remaining components of the pretrial order identified in Paragraph 4.A of the Court's individual practices.

   (c) Parties exchange certified translations of intended trial exhibits, subject to the parties' agreement that translations of certain documents or parts of documents need not be exchanged by this date. To the extent reasonably necessary, the parties may seek a one week extension of this deadline.

 7. On July 15, 2009:

   (a) Parties exchange objections to deposition designations, counter-designations and intended trial exhibits.

   (b) Parties exchange objections to proposed <u>voir dire</u>, jury questionnaire and jury instructions.

        (c)     Parties exchange objections to remaining components of the pretrial order.

    8.     On July 17, 2009: Parties submit completed joint pretrial order to the Court and may submit a pretrial memo if they so choose.

SO ORDERED this **23** day of April, 2009:

_____
Hon. Richard J. Holwell
United States District Judge