UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>ALL ACTIONS CONSOLIDATED WITH IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | 02 Civ. 5571 (RJH/HBP)<br>ECF CASE |

### NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. BLAINE NYE

PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated June 2, 2009, and exhibits thereto, and all prior pleadings and proceedings herein, Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street, New York, New York, to exclude the expert testimony of Dr. Blaine Nye, pursuant to Rule 702 of the Federal Rules of Evidence.

June 2, 2009

| WEIL GOTSHAL & MANGES LLP | CRAVATH, SWAINE & MOORE LLP, |
|---|---|
| | by<br>        /s/ Paul C. Saunders         |
| James W. Quinn | Paul C. Saunders |
| Jonathan D. Polkes | Daniel Slifkin |
| Penny P. Reid | Timothy G. Cameron |
| | Members of the Firm |
| | |
| 767 Fifth Avenue | Worldwide Plaza |
| New York, NY 10153 | 825 Eighth Avenue |
| (212) 310-8000 | New York, NY 10019 |
| james.quinn@weil.com | (212) 474-1000 |
| | psaunders@cravath.com |
| | |
| *Attorneys for Defendant Vivendi, S.A.* | *Attorneys for Defendant Vivendi, S.A.* |

| SCHULTE ROTH & ZABEL LLP | KING & SPALDING LLP |
|---|---|
| Martin L. Perschetz | Michael J. Malone |
| Michael E. Swartz | Paul A. Straus |
| Einat Philip | Lisa L. Albert |
| 919 Third Avenue | 1185 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10036 |
| (212) 756-2000 | (212) 556-2100 |
| martin.perschetz@srz.com | mmalone@kslaw.com |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Guillaume Hannezo* | *Jean-Marie Messier* |

TO:

Stuart M. Grant, Esq.
James J. Sabella, Esq.
Diane Zilka, Esq.
Christine M. Mackintosh, Esq.
  Grant & Eisenhofer P.A.
    485 Lexington Avenue, 29th Floor
      New York, NY 10017

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 9593, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Alexander Reus, Esq.
  Diaz Reus Rolff & Targ LLP
    100 SE Second Street, Suite 2610
      Miami, Florida 33131

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7775, 07 Civ. 7776, 07 Civ. 7778, 07 Civ. 7779, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 9593, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 1938, 08 Civ. 1985*

Eric J. Belfi, Esq.
Mark. S. Arisohn, Esq.
Jesse Strauss, Esq.
    Labaton Sucharow LLP
       140 Broadway
          New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

William H. Narwold, Esq.
Michael E. Elsner, Esq.
    Motley Rice LLC
       One Corporate Center
          20 Church Street, 17th Floor
             Hartford, CT 06103

Of Counsel:
Joseph F. Rice, Esq.
Ann K. Ritter, Esq.
    Motley Rice LLC
       28 Bridgeside Blvd.
          Mount Pleasant, SC 29465

Nathan D. Finch, Esq.
Leslie M. Kelleher, Esq.
    Caplin & Drysdale, Chartered
       One Thomas Circle, N.W.
          Washington, D.C. 20005

*Attorneys for Individual Plaintiffs in Nos. 02 Civ. 5571, 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
John J. Gross, Esq.
    Barroway Topaz Kessler Meltzer & Check, LLP
       280 King of Prussia Road
          Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ. 9229, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*

Arthur N. Abbey, Esq.
Stephen T. Rodd, Esq.
Richard B. Margolies, Esq.
   Abbey Spanier Rodd & Abrams, LLP
      212 East 39th Street
         New York, NY 10016

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*


Brian C. Kerr, Esq.
   Brown Woods George LLP
      49 West 37th Street
         New York, NY 10018

*Attorney for Class Action Plaintiff and Class Representative Miami Beach in No. 02 Civ. 5571*

Vincent R. Cappucci, Esq.
   Entwistle & Cappucci LLP
      280 Park Avenue
         26th Floor West
            New York, NY 10017

*Attorneys for Plaintiff GAMCO Investors, Inc. in No. 03 Civ. 5911*