UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | Civil Action No. 02 Civ. 5571 (RJH/HBP) ECF Case |
| This Document Relates To:  All Actions | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO EXCLUDE THE TESTIMONY OF DR. BLAINE NYE**

**CONTAINS CONFIDENTIAL MATERIAL – FILED UNDER SEAL**