UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION | Civil Action No. 02 Civ. 5571 (RJH/HBP) |

## CLASS PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that, pursuant to FED. R. CIV. P. 65, among other things, Class Plaintiffs, by their counsel, will hereby move this Court on a date and time as may be designated by the Court, at 500 Pearl Street, New York, NY, for a Preliminary Injunction and Sanctions.

Dated: October 13, 2009

> Respectfully submitted,
>
> ABBEY SPANIER RODD & ABRAMS LLP
>
> /s/ Arthur N. Abbey
> ———————————————
> Arthur N. Abbey
> Stephen T. Rodd
> 212 East 39th Street
> New York, New York 10016
> 212.889.3700
> aabbey@abbeyspanier.com
> srodd@abbeyspanier.com
>
> *Lead Counsel for Class Plaintiffs*
>
> MILBERG LLP
> Matthew Gluck
> Michael C. Spencer
> One Pennsylvania Plaza
> New York, New York 10119
> 212.594.5300
> mgluck@milberg.com
> mspencer@milberg.com
>
> BROWNE WOODS GEORGE LLP
> Brian C. Kerr
> 49 West 37th Street, 15th Floor
> New York, NY 10018
> 212.354.4901
> bkerr@bwgfirm.com
>
> *Counsel for Class Plaintiffs*