```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE VIVENDI UNIVERSAL, S.A.            02 Civ. 5571(RJH) (HBP)
SECURITIES LITIGATION
                                                **ORDER**
This Document Relates To:

ALL ACTIONS

------------------------------------x

     The Court denies, for administrative purposes, and without prejudice to renew following completion of the Class trial, the following motions filed in connection with *Capitalia Asset Management SGR, S.p.A et al v. Vivendi Universal, S.A. et al* (Docket No. 07 Civ. 05742): Individual Plaintiffs' Motion for Leave to Amend Complaints [54]; Individual Plaintiffs Motion *In Limine* To Exclude Evidence That Defendants Lost Money On Transactions In Vivendi Securities [59]; Plaintiffs' Motion *In Limine* To Preclude Defendants From Arguing Or Offering Evidence Purportedly Showing That Vivendi Securities Did Not Trade In An Efficient Market During The Relevant Time Period [62]; Motion *In Limine* To Exclude Evidence Or Argument Regarding Certain Facts About The Individual Plaintiffs [65]; Individual Plaintiffs' Motion For A Separate Trial On Individualized Issues Relating To Damages [67].

SO ORDERED.

Dated: New York, New York
      October 26, 2009

                                                      Richard J. Holwell
                                          United States District Judge