UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/10

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

02 Civ. 05571 (RJH) (HBP)

**ORDER**

On November 23, 2009, defendant Hannezo moved for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure. The Court granted Hannezo's motion in part, finding that in light of the evidence adduced at trial, Hannezo could not be found primarily liable for statements made by Vivendi that were not publicly attributed to him. That ruling has not been challenged post-trial, and is not at issue in any of the pending motions. The remainder of this motion has been rendered moot by the jury's verdict that Hannezo is not liable to plaintiffs. Accordingly, the motion **[963]** is DISMISSED as moot.

SO ORDERED.

Dated: New York, New York
       September 30, 2010

_____
Richard J. Holwell
United States District Judge