USDC SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE VIVENDI UNIVERSAL, S.A.        02 Civ. 5571(RJH) (HBP)
SECURITIES LITIGATION

**ORDER**

------------------------------------x

     On November 23, 2009, after the close of plaintiffs' evidence, defendants filed a Motion for Judgment as a Matter of Law [969], on which the Court reserved decision. On March 26, 2010, following the conclusion of trial and the jury's verdict, defendants filed a Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b), or, in the Alternative, for a New Trial Pursuant to Rule 59 of the Federal Rules of Civil Procedure. Because the renewed motion supersedes the motion filed at the close of plaintiffs' case, as an administrative matter the Court hereby closes the original motion for Judgment as a Matter of Law [969]. The Clerk is directed to mark the motion as closed on the docket sheet for this case.

SO ORDERED.

Dated: New York, New York
       September 29, 2010

                                                     Richard J. Holwell
                                            United States District Judge