UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :      **ORDER**
IN RE VIVENDI UNIVERSAL, S.A.                               :      02 Civ. 5571 (SAS)
SECURITIES LITIGATION                                       :
                                                            :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.**

       This Court's order issued on August 22, 2012 is hereby withdrawn. The Order was inadvertently issued without the benefit of having received or considered defendants' reply letter, which the Court had previously agreed to consider. A new Order will be issued to replace the now withdrawn Order. The Clerk of the Court is directed to delete docket entry # 1186.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            August 23, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/12

- **Appearances** -

**For Plaintiffs:**

Arthur N. Abbey, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
(212) 284-5200

**For Defendants:**

Daniel Slifkin, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1438