# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

N.Y.S.D. Case # 02-cv-5571(SAS)

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of June, two thousand twelve.

Before:     Denny Chin,
               *Circuit Judge.*

_____

AGF Asset Management, S.A.,

    *Plaintiff - Appellant*,

v.

Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo,

    *Defendants - Appellees.*
_____

Irish Life Investment Managers Limited,

    *Plaintiff - Appellant*,

v.

Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo,

    *Defendants - Appellees.*
_____

**ORDER**
Docket No.: 12-2231

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 28, 2013

Docket No.: 12-2248

    IT IS HEREBY ORDERED that the unopposed motion by the appellants to hold the above-referenced appeals in abeyance pending forthcoming appeals in the consolidated class action, *In re Vivendi Universal, S.A. Securities Litigation* (District Court docket no. 02-civ-5571), is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/28/2013