MANDATE

N.Y.S.D. Case #
02-cv-5571(SAS)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand and thirteen,

_____

AGF Asset Management, S.A.,

        Plaintiff - Appellant,

Prigest, S.A, Tocqueville Finance, S.A, Rosenbaum Partners, L.P., on behalf of themselves and all others similarly situated, Miami Group, consisting of the Retirement System for General Employees of the City of Miami Beach, Oliver M. Gerard, Francois R. Gerard, Prigest S.A. and Tocqueville Finance S.A., Pearson-Doniger Family, consisting of two sister and their respective family members Beatrice Doniger, Bruce Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Alison Doniger, Michael Doniger, Edward B. Brunswick and Ruth Pearson Trust Pearson Trustee, Ruth` Pearson Trust, GAMCO Investors, Incorporated, Oppenheim Kapitalanlagegesellschaft mbH, Plaintiff KBC Asset Management N.V., Capitalia Asset Management SGR, S.p.A., Capitalia Investment Management S.A., Eurizon Capital SGR S.p.A., Baden-Wurttembergische Investmentgesellschaft mbH, Barclays Global Investors (Deutcshland), Cominvest Asset Management GMBH, Deutsche Asset Management Investmentgesellschaft mbH, DWS (Austria) Investmentgesellschaft mbH, DWS Investment GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Forsta AP-fonden, Fortis Investment Management SA, KBC Asset Management SA, Landesbank Berlin Investment GmbH, LBBW Luxemburg S.A., Oppenheim Asset Management Services S.a.r.l., Pioneer Investment Management Limited, Pioneer Investment Management SGRPA, Pioneer Investments Austria GmbH, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen

ORDER
Docket No. 12-2231

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 13, 2013

MANDATE ISSUED ON 06/13/2013

Kapitalanlage-Gesellschaft m.b.H., SEB Investment Management AB, Skandia Insurance Company Limited, Union Asset Mangement Holding AG, Universal-Investment-Gesellschaft Mbh, SEB Investment GmbH, Andra Ap-Fonden, Bayern-Invest Kapitalanlagegesellschaft mbH, Deka Investment, Deka International (Ireland) Limited, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Fideuram Investimenti S.G.R., Fideuram Gestions S.A., Interfund Sica V, Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, Helaba Invest Kapitalanlagegesellschaft MBH, HSBC Trinkaus & Burkhardt AG, Internationale Kapitalanlagegesellschaft mbH, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Meag Munich Ergo Asset Management GMBH, Metzler Investment GmbH, Metzler Ireland LTD, Nordcon Investment Management AG, Norges Bank, Swiss Life Holding AG, Swiss Life Investment Management Holding AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Asset Management (Nederland) B.V., Tredje Ap-Fonden, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, Pensionskassernes Adminstration A/S, Arbejdsmarkedets Tillaegspension, Industriens Pensionsforikring A/S, Arca SGR S.p.A., Ilmarinen Mutual Pension Insurance Company, Prima Societa' di Gestione del Risparmio S.p.A., Nordea Invest Fund Management A/S, Nordea Fonder AB, Nordea Investment Funds Company I.S.A., Nordea Fondene Norge AS, Nordea Fondbolag Finland AB, Swedbank Robur Fonder AB, Olivier Chastan, Reed S. Clark, Daha Davis, Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice

Doniger, Jeffrey Kurtz, Hal Price, W. Scott Polland, Jr., Nicholas A. Radosevich, Caisse de Depot et Placement du Quebec, Fjarde AP-Fonden,

   Plaintiffs,

v.

Jean-Marie Messier, Vivendi, S.A.,

   Defendants - Appellees,

Guillaume Hannezo,

   Defendant.

_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit