

**ABBEY SPANIER LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

May 8, 2014

**BY ECF**

The Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

      Re:    Withdrawal of Counsel:  Richard B. Margolies
                   *In re Vivendi Universal, S.A. Sec. Litig.*, 02 Civ. 5571 (SAS)

Dear Judge Scheindlin:

      My firm Abbey Spanier, LLP is Lead Counsel for Plaintiffs in the above referenced action.  I write to request the Court grant me leave to withdraw my appearance, and to be removed from the ECF service list.  The reason for the request is that I am leaving Abbey Spanier at the end of this week and will no longer be associated with the firm.  This action will continue to be handled by Arthur N. Abbey and Stephen T. Rodd of Abbey Spanier.  No delay will result from my withdrawal.

                                            Respectfully submitted,

                                            Richard B. Margolies

cc: All counsel (via ecf)

                                            **SO ORDERED**:

                                            _____
                                            Shira A. Scheindlin
                                            United States District Judge