**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**James Quinn**
+1 (212) 310-8385
james.quinn@weil.com

BY ECF AND HAND DELIVERY

October 21, 2014

Honorable Shira A. Scheindlin
District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re Vivendi Universal, S.A., Securities Litigation*, No. 02-cv-05571 (S.D.N.Y.) (SAS)

Dear Judge Scheindlin:

We are writing in response to Abbey Spanier's October 20, 2014 letter to advise the Court that Vivendi has no objection to class plaintiffs' revisions to its discovery request, subject to its earlier reservation of rights regarding limitations placed on its ability to conduct reliance discovery of class members. In addition, Vivendi has no objection to plaintiffs' proposed timetable for resolving any reliance challenges.

Respectfully submitted,


/s/ James W. Quinn


James W. Quinn


cc:     All Counsel of Record (by ECF only)